IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVERTON EVERALL THOMAS, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Case No. 1:23-CV-1063 |
| KILOLO KIJAKAZI, in her Official Capacity as Acting Commissioner of the Social Security Administration | | |
| Defendant. | | |

## NOTICE OF REMOVAL

Defendant Dr. Kilolo Kijakazi, Acting Commissioner, Social Security Administration, files this Notice of Removal, pursuant to 28 U.S.C. § 1442(a)(1), removing the above-entitled action now pending as Cause No. 32CV2300972 in the Justice Court, Precinct 3, Place 2, Bell County, Texas. In support of this Notice of Removal, Defendant avers as follows:

1. On July 12, 2023, Everton Everall Thomas filed this action, styled *Everton Everall Thomas v. Dr. Kilolo Kijakazi of SSA*, Cause No. 32CV2300972, in the Justice Court, Precinct 3, Place 2, Bell County, Texas. A true and correct copy of Everton Everall Thomas' Original Petition is attached hereto as ***Exhibit 1***.

2. Defendant, Dr. Kilolo Kijakazi and the Social Security Administration received a copy of Everton Everall Thomas' Petition and Civil Citation on August 14, 2023.

3. In the Petition, Mr. Thomas seeks $20,0000.00 in damages from Defendant for alleged fraudulent Social Security benefit disbursements.

4. The state court case is removable under 28 U.S.C. § 1442(a)(1) because Everton Everall Thomas commenced a civil action in a state court against an agency or officer of the United States. Accordingly, federal court is the proper forum for this suit.

5. This notice of removal meets the 30-day deadline in 28 U.S.C. § 1446(b), as it is filed less than 30 days after Defendant received a copy of Everton Everall Thomas' initial pleading. Trial has not been set or held.

6. The United States Office of Social Security Administration maintains and reserves all defenses with respect to defects in the service of process. Upon information and belief, the United States and the United States Social Security Administration have not been properly served pursuant to Federal Rule of Civil Procedure 4(i) and cannot waive service. Neither the Attorney General of the United States nor the United States Attorney for the Western District of Texas, have been properly served with the Summons or Petition. *See, e.g.*, *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48 (1999) (time to remove is not triggered until the defendant is formally served with process, even if the defendant receives a copy of the plaintiff's complaint through informal channels before that time). Regardless, this Notice is timely under 28 U.S.C. § 1446(b).

7. The state court case is removable to this Court as "the district court of the United States for the district and division embracing the place wherein . . . [the State Court Case] is pending." 28 U.S.C. § 1442(a).

8. Pursuant to 28 U.S.C. 1446(a), the United States Office Social Security Administration attaches copies of all State court case pleadings, orders, and other state court filings received by the United States Social Security Administration from Plaintiff, including the Civil Citation and the Petition, attached as ***Exhibit 1***.

9. In addition, the United States Social Security Administration may raise federal defenses to the Petition.

10. Pursuant to the provisions of 28 U.S.C. § 1446(d), a Notice of Filing of Notice of Removal will be filed with the Justice Court, Precinct 3, Place 2, Bell County, Texas, a true and correct copy of which is attached hereto as *Exhibit 2*.

11. As required by Local Court Rule CV-3(a), a JS 44 Civil Cover Sheet and Supplement to JS 44 Civil Cover Sheet for Cases Removed from State District Court are attached hereto as *Exhibits 3 and 4*.

12. Defendant provides this Notice that the action now pending as Cause No. 32CV2300972 in the Justice Court, Precinct 3, Place 2, Bell County, Texas is hereby removed to this Court.

Dated: September 7, 2023                Respectfully submitted,

**Jaime Esparza**
United States Attorney

By:   */s/ Liane Noble*
**Liane Noble**
Assistant United States Attorney
State Bar No. 24079059
U.S. Attorney's Office
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
(512) 370-1252 (phone)
(512) 916-5854 (fax)
liane.noble@usdoj.gov

*Attorney for Defendant*
*Dr. Kilolo Kijakazi Acting Commissioner,*
*Social Security Administration*

3

## CERTIFICATE OF SERVICE

I certify that on September 7, 2023, I have mailed this document by United States Postal Service to the following non-CM/ECF participant at the below-listed addresses:

Everton Everall Thomas
10021 Sunny Side Lane
Temple, Texas 76502

                                        */s/ Liane Noble*
                                        **Liane Noble**
                                        Assistant United States Attorney