IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EVERTON EVERALL THOMAS, | § |
| Plaintiff, | § |
| v. | §  1:23-cv-1063-DII |
| KILOLO KIJAKAZI, *in her Official Capacity as Acting Commissioner of the Social Security Administration*, | § |
| Defendant. | § |

# FINAL JUDGMENT

On this date, the Court adopted United States Magistrate Judge Susan Hightower's report and recommendation concerning Defendant Kilolo Kijakazi's (in her Official Capacity as Acting Commissioner of the Social Security Administration, "Defendant") Motion to Dismiss, (Dkt. 3). (R. & R., Dkt. 8). The Court's Order dismissed Plaintiff Everton Everall Thomas's claims against Defendant for lack of subject matter jurisdiction.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on February 27, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE